UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF AYELET ARNIN<br>By and through its representative,<br>Nimrod Arnin, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>       Defendants.<br>------------------------------------------------------------ | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action: 1:24-cv-01819-RCL<br>:<br>:<br>:<br>:<br>:<br>: |

## **PLAINTIFFS' STATUS REPORT**

COME NOW the Plaintiffs, by and through counsel and hereby provide the following status report to the Court:

1. On August 5, 2024 this Court entered a Status Report Minute Order requiring the Plaintiffs to file a Status Report with the Court every thirty days advising as to the status of service of the Complaint in this matter.

2. Plaintiffs advise that since the filing of their September 4, 2024 Status Report, they have filed an Amended Complaint to include additional families and victims of the October 7th Terror Attacks. [D.E. 13]

3. Plaintiffs have now initiated the process of obtaining the necessary translations of the Amended Complaint so that service may be completed against each of the Defendants in accordance with 28 U.S.C §1608 (a)(3) and/or (a)(4) as may be required.

4. Plaintiffs will continue to update the Court by monthly status reports as to service as required by the Court's Minute Order.

1

October 4, 2024                                         Respectfully Submitted,

                                                                                 */s/ Tracy Reichman Kalik*
                                                                                 Tracy Reichman Kalik (Bar No. 462055)
                                                                                 Richard D. Heideman (No. 377462)
                                                                                 Noel J. Nudelman (No. 449969)
                                                                                 Joseph H. Tipograph (No. 4697132)
                                                                                 HEIDEMAN NUDELMAN & KALIK, PC
                                                                                 5335 Wisconsin Avenue, NW, Suite 440
                                                                                 Washington, DC 20015
                                                                                 (202) 463-1818
                                                                                 Telephone: 202.463.1818
                                                                                 Facsimile: 202.463.2999