UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF AYELET ARNIN
By and through its representative,
Nimrod Arnin, et al.

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN, et al.

    Defendants.

Civil Action: 1:24-cv-01819 (RCL)

**ORDER**

THIS MATTER having come before the Court on Plaintiffs' Renewed Motion for Waiver of Local Rule 5.1(e) for New Plaintiffs in Plaintiffs Amended Complaint, and the Court having been sufficiently advised and informed, and good cause having been shown,

IT IS HEREBY ORDERED and ADJUDGED that the requirements of Local Rule 5.1(e) directing the "full residence of the party" be included on the caption of the initial pleading are hereby WAIVED for the Additional Plaintiffs identified in Plaintiffs' Amended Complaint and as referenced in Plaintiffs' Renewed Motion.

IT IS FURTHER ORDERED that within thirty (30) days of the entry of this Order, the Additional Plaintiffs are to file UNDER SEAL a notice listing the names and residence addresses of all Additional Plaintiffs.

IT IS SO ORDERED on this the _4th_ day of October, 2024.

_____
Judge Royce C. Lamberth
United States District Court