UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF AYELET ARNIN<br>By and through its representative,<br>Nimrod Arnin, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>      Defendants. | Civil Action: 1:24-cv-01819-RCL |

## **PLAINTIFFS' STATUS REPORT**

COME NOW the Plaintiffs, by and through counsel and hereby provide the following status report to the Court:

1. On August 5, 2024 this Court entered a Status Report Minute Order requiring the Plaintiffs to file a Status Report with the Court every thirty days advising as to the status of service of the Complaint upon the Islamic Republic of Iran ("Iran) and the Syrian Arab Republic ("Syria").

2. Plaintiffs advise that since the filing of their December 4, 2024 Status Report, Plaintiffs requested the Clerk to issue a new summons for the Syrian Arab Republic because following the fall of the Assad regime, a new Minister of Foreign Affairs for Syria was named. Accordingly, so that the new Syrian Minister of Foreign Affairs could be personally identified for the required service pursuant to 28 U.S.C §1608 (a)(3) and/or (a)(4), a new summons was requested on January 3, 2005.   [D.E. 28]. Upon receipt, the new Summons will be translated and will file a new Plaintiffs' Affidavit Requesting Foreign Mailing as to Syria only so that service may be completed against Syria in

1

    accordance with 28 U.S.C §1608 (a)(3) and/or (a)(4) as may be required.

3. With respect to the Defendant the Islamic Republic of Iran, Plaintiffs attempted to achieve service of the Complaint and reissued Summons, as well as Notice of Suit, and translations thereof, upon Iran through the Clerk of Court via delivery services DHL, USPS, UPS and Federal Express pursuant to 28 U.S.C. § 1608(a)(3). D.E. 24.

4. Service was not able to be achieved through the international carriers identified above within 30 days of the attempts, and accordingly, Plaintiffs must now proceed to serve Iran with service of process pursuant to 28 U.S.C. § 1608(a)(4).

5. On January 3, 2025 an Affidavit Requesting Foreign Service pursuant to 28 U.S.C. § 1608(a)(4) was filed (D.E. 27) requesting the Clerk send via FedEx the service packet to the United States Department of State so that diplomatic service may be achieved on Defendant, Iran.

6. Plaintiffs will continue to update the Court by monthly status reports as to service as required by the Court's Minute Order.

January 6, 2025                                   Respectfully Submitted,

                                                 */s/ Tracy Reichman Kalik*
                                                 Tracy Reichman Kalik (Bar No. 462055)
                                                 Richard D. Heideman (No. 377462)
                                                 Noel J. Nudelman (No. 449969)
                                                 Joseph H. Tipograph (No. 4697132)

                                                 HEIDEMAN NUDELMAN & KALIK, PC
                                                 5335 Wisconsin Avenue, NW, Suite 440
                                                 Washington, DC 20015
                                                 (202) 463-1818
                                                 Telephone: 202.463.1818
                                                 Facsimile: 202.463.2999