# HEIDEMAN NUDELMAN KALIK, PC

5335 WISCONSIN AVENUE, NW
SUITE 440
WASHINGTON, DC 20015
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

January 17, 2025

Clerk of the Court
United States District Court
  for the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, NW
Washington, DC 20001



RECEIVED
Mail Room

JAN 23 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RE:   Arnin, et al. v. Islamic Republic of Republic, et al.
      1:24-cv-01819

Dear Clerk of Court:

As counsel to Plaintiffs in the above-captioned case, I respectfully request your assistance in serving a copy of the Complaint and other related documents, as well as translations thereof, upon the Islamic Republic of Iran ("Iran" or "Defendant") in this matter pursuant to 28 U.S.C. § 1608, specifically pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

Counsel to Plaintiffs attempted to serve the Complaint, related papers, and translations thereof, upon the Defendant via DHL, UPS, Federal Express and the United States Postal Service pursuant to 28 U.S.C. § 1608(a)(3). However, none of the aforementioned delivery services are currently shipping to Iran where the Defendant is to be served. On January 4, 2025, Plaintiffs filed an Affidavit Requesting Foreign Mailing to proceed with service pursuant to 28 U.S.C. § 1608(a)(4).

28 U.S.C. § 1608(a)(4) directs that the Clerk of Court shall send the relevant documents and translations (in this case Farsi translations), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels.

Accordingly, Complaint and other related documents, as well as translations thereof in Farsi, the official language of the Defendant is enclosed herein.

Please take the necessary steps to dispatch these materials to effect service on the Defendants pursuant to 28 U.S.C. § 1608(a)(4). It was recommended that we use the following address

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA· INDIANA· KENTUCKY· MARYLAND· MISSOURI· NEW JERSEY· NEW YORK· WYOMING

when dispatching the above documents to the Overseas Citizen Services Office at the State Department:

    U.S. Department of State
    Overseas Citizen Services
    Attention: Jared Hess
    SA-17, 10th Floor
    2201 C Street, NW
    Washington, D.C 20520

In addition, I enclose a cover letter to the Department of State requesting foreign mailing and two certified checks to be delivered to the Department of State for fees for diplomatic service. Should you have any questions regarding this request, please contact me at (202) 463-8018.

Thank you for your assistance with this matter.

Sincerely,

HEIDEMAN NUDELMAN & KALIK, P.C.

By: _____
    Tracy Reichman Kalik

Enclosures

# HEIDEMAN NUDELMAN KALIK, PC

5335 WISCONSIN AVENUE, NW
SUITE 440
WASHINGTON, DC 20015
TELEPHONE 202.463.1818
TELEFAX 202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

BY FEDERAL EXPRESS

January 17, 2025

Jared Hess
United States Department of State
Attorney Adviser, Overseas Citizens Services
Office of Legal Affairs
2201 C Street, NW. SA-17, 10th Floor
Washington, D.C 20520

    RE:    <u>Arnin, et al. v. Islamic Republic of Republic, et al.</u>
               1:24-cv-01819

Dear Mr. Hess:

    Per the provisions in 28 U.S.C. § 1608(a)(4), we are requesting diplomatic service by the State Department of the enclosed documents on the Islamic Republic of Iran Revolutionary ("Defendant").

    Service under §1608(a)(4) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Iran, and Iran does not accept service through its Ministry of Foreign Affairs in Tehran, Iran. *See* 28 U.S.C. §1608 (a)(1), (a)(2) and (a)(3).

    Enclosed are two copies of the Complaint, Summons and Notice of Suit as well as the appropriate translations in the language of the Defendant. In addition, you will find acertified check in the amount of $2,275 made payable to the U.S. State Department from our firm which may be used as the service fees in this matter.

    If you have any questions, please feel free call me at the phone number listed above.

                                       Sincerely,

                                       Tracy Reichman Kalik

Enclosures