UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF AYELET ARNIN<br>By and through its representative,<br>Nimrod Arnin, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>       Defendants. | Civil Action: 1:24-cv-01819-RCL |

## **PLAINTIFFS' STATUS REPORT**

COME NOW the Plaintiffs, by and through counsel and hereby provide the following status report to the Court:

1. On August 5, 2024 this Court entered a Status Report Minute Order requiring the Plaintiffs to file a Status Report with the Court every thirty days advising as to the status of service of the Complaint upon the Islamic Republic of Iran ("Iran) and the Syrian Arab Republic ("Syria").

2. Plaintiffs advise that since the filing of their January 6, 2025 Status Report, the Clerk has issued a new summons for Syria as a new Minister of Foreign Affairs for Syria was named. The new Syria Summons has been translated into Arabic and Plaintiffs have filed a renewed Affidavit Requesting Foreign Mailing as to Syria so that service may be completed against Syria in accordance with 28 U.S.C §1608 (a)(3) and/or (a)(4) as may be required. (D.E. 33).

3. With respect to Iran, as service pursuant to 28 U.S.C. 1608(a)(3) could not be completed, Plaintiffs have now initiated service pursuant to 28 U.S.C. § 1608(a)(4).

1

The Clerk sent the service packet to the United States Department of State via Federal Express so that diplomatic service may be achieved on Iran. (D.E. 32)

4. Plaintiffs will continue to update the Court by monthly status reports as to service as required by the Court's Minute Order.

February 6, 2025

Respectfully Submitted,

*/s/ Tracy Reichman Kalik*
Tracy Reichman Kalik (Bar No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Joseph H. Tipograph (No. 4697132)

HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
(202) 463-1818
Telephone: 202.463.1818
Facsimile: 202.463.2999