UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF AYELET ARNIN                          :
By and through its representative,              :
Nimrod Arnin, et al.                            :
                                                :
            Plaintiffs,                         :
                                                :     Civil Action: 1:24-cv-01819-RCL
      v.                                        :
                                                :
THE ISLAMIC REPUBLIC OF IRAN, et al.            :
                                                :
            Defendants.                         :
-------------------------------------------------- :

## PLAINTIFFS' STATUS REPORT

COME NOW the Plaintiffs, by and through counsel and hereby provide the following status report to the Court:

1. On August 5, 2024 this Court entered a Status Report Minute Order requiring the Plaintiffs to file a Status Report with the Court every thirty days advising as to the status of service of the Complaint upon the Islamic Republic of Iran ("Iran) and the Syrian Arab Republic ("Syria").

2. Plaintiffs advise that since the filing of their February 6, 2025 Status Report, Plaintiffs attempted to achieve service of the Complaint and reissued Summons, as well as Notice of Suit, and translations thereof, upon Syria through the Clerk of Court via delivery services DHL, USPS, UPS and Federal Express pursuant to 28 U.S.C. § 1608(a)(3). D.E. 33.

3. Service was not able to be achieved through the international carriers identified above within 30 days of the attempts, and accordingly, Plaintiffs must now proceed to serve Syria with service of process pursuant to 28 U.S.C. § 1608(a)(4).

4. On March 5, 2025 an Affidavit Requesting Foreign Service pursuant to 28 U.S.C. § 1608(a)(4) was filed (D.E. 35) requesting the Clerk send via FedEx the service packet to the United States Department of State so that diplomatic service may be achieved on Defendant, Syria.

5. With respect to Iran, service pursuant to 28 U.S.C. § 1608(a)(4) remains in process. (D.E. 32)

6. Plaintiffs will continue to update the Court by monthly status reports as to service as required by the Court's Minute Order.

March 6, 2025                              Respectfully Submitted,

                                          */s/ Tracy Reichman Kalik*
                                          Tracy Reichman Kalik (Bar No. 462055)
                                          Richard D. Heideman (No. 377462)
                                          Noel J. Nudelman (No. 449969)
                                          Joseph H. Tipograph (No. 4697132)

                                          HEIDEMAN NUDELMAN & KALIK, PC
                                          5335 Wisconsin Avenue, NW, Suite 440
                                          Washington, DC 20015
                                          (202) 463-1818
                                          Telephone: 202.463.1818
                                          Facsimile: 202.463.2999