UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF AYELET ARNIN<br>By and through its representative,<br>Nimrod Arnin, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>   Defendants.<br>------------------------------------------------------------ | Civil Action: 1:24-cv-01819-RCL |

## PLAINTIFFS' STATUS REPORT

COME NOW the Plaintiffs, by and through counsel and hereby provide the following status report to the Court:

1. On August 5, 2024 this Court entered a Status Report Minute Order requiring the Plaintiffs to file a Status Report with the Court every thirty days advising as to the status of service of the Complaint upon the Islamic Republic of Iran ("Iran) and the Syrian Arab Republic ("Syria").

2. With respect to Iran, service pursuant to 28 U.S.C. § 1608(a)(4) remains in process. (D.E. 32).

3. As to Syria, service pursuant to 28 U.S.C. § 1608(a)(4) remains in process. (D.E. 38).

4. Plaintiffs will continue to update the Court by monthly status reports as to service as required by the Court's Minute Order.

April 8, 2025               Respectfully Submitted,

                     */s/ Tracy Reichman Kalik*
                     Tracy Reichman Kalik (Bar No. 462055)
                     Richard D. Heideman (No. 377462)

Noel J. Nudelman (No. 449969)
Joseph H. Tipograph (No. 4697132)

HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
(202) 463-1818
Telephone: 202.463.1818
Facsimile: 202.463.2999

2