IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

……………………………………………
:
ESTATE OF AYELET ARNIN, et al.   :
:
    Plaintiffs     :
:    Civil Action No.  24-cv-01819
v.     :
:
THE ISLAMIC REPUBLIC OF IRAN, et al.:
:
    Defendants.     :
…………………………………………….:

## PLAINTIFF ESTATE OF AYELET ARNIN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that on behalf of the Plaintiff Estate of Ayelet Arnin only, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Estate of Ayelet Arnin only, hereby dismisses its claim without prejudice in the above-captioned action as to all Defendants.  All other Plaintiffs remain in this matter and continue to assert their claims in full against these Defendants. Defendants have not answered the complaint or moved for summary judgment in this action.

Dated: December 23, 2025           Respectfully Submitted,

                                                           /s/      Richard D. Heideman
                                                           Richard D. Heideman
                                                           Heideman Nudelman & Kalik, P.C.
                                                           5335 Wisconsin Avenue, NW
                                                           Suite 440
                                                           Washington, DC  20015
                                                           Tel:  202-463-1818
                                                          rdheideman@hnklaw.com
                                                          Facsimile: 202.463.2999

                                                          Attorneys for Plaintiffs