Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF AYELET ARNIN, et al.

Plaintiff(s)

v.

Civil Action: 24-cv-01819-RCL

ISLAMIC REPUBLIC OF IRAN, et al.

Defendant(s)

**RE:** ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 28, 2025, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of February, 2026 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
Deputy Clerk